CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

LINDSAY L. CLAYTON
JENNIFER Y. GOLDEN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v – Clayton)
202-307-6547 (v – Golden)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov
Jennifer.Y.Golden@usdoj.gov

Of Counsel:
BILLY J. WILLIAMS
United States Attorney

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERCLIFF FARM, INC.,<br>RONALD B. TALMAGE,<br>ANNETTE C. TALMAGE,<br>NEW CENTURY PROPERTIES LTD., and<br>MULTNOMAH COUNTY,<br><br>    Defendants. | Case No.: 3:16-cv-1248-SI<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER RESTRICTING USE OF AND ACCESS TO RIVER CLIFF PROPERTY |

Having read and considered the United States' motion, and for good cause shown, the Court hereby GRANTS the United States motion to extend the temporary restraining order

previously granted in this case [Dkt. # 11]. Good cause exists for the requested extension, because it will allow Mr. Wadsworth time to obtain Oregon counsel and pursue any claims he may have within the context of this litigation. Extension of the temporary restraining order will protect the real property at issue until Oregon counsel has an opportunity to discuss the terms of a potential preliminary injunction with the United States. Further, Mr. Wadsworth, through counsel, has consented to the requested extension.

It is hereby ORDERED that any and all principals and/or agents of RiverCliff Farm, Inc. ("RFI") are prohibited from committing waste on or removing any property from, or allowing any other person to commit waste on or remove any property from, the real property located in Multnomah County with a street address of 35701 N.E. Chamberlain Road, Corbett, Oregon, 97019, bearing Multnomah County Property ID Number R322308 and described more particularly as follows:

> A tract of land in Section 27, Township 1 North, Range 4 East of the Willamette Meridian in the County of Multnomah and State of Oregon, described as follows:
>
> Beginning at a point in the centerline of Chamberlain Road (County Road No. 1427), which point is 817 feet West of (when measured at right angles to) the East line of Section 27; thence North 1°07'21" East parallel to the East line of said section, a distance of 1053.81 feet to the Southeast corner of that tract described in deed to Mary Pletz, et al, recorded May 26, 1960 in Book 2011, Page 111, Deed Records; thence South 89°22'20" West along the South line of said Pletz tract, 1657.16 feet to the most Westerly corner of said tract; thence South 73°28'17" West, 52.00 feet; thence South 1351.95 feet to a point in the centerline of Chamberlain Road; thence along said centerline on the arc of a 1432.5 foot radius curve to the right (the chord of which bears North 86°36'23" East, 138.19 feet), a distance of 138.24 feet; thence North 89°22' East, 193.28 feet; thence on the arc of a 716.3 foot radius curve to the left (the chord of which bears North 81°22' East, 199.38 feet), a distance of 200.00 feet; thence North 73°22' East, 54.41 feet; thence on the arc of a 955.0 foot radius curve to the right (the chord of which bears North 77°54' East, 150.96 feet), a distance of 151.11 feet; thence North 82°27' East, 274.89 feet; thence on the arc of a 1432.5 foot radius curve to the left (the chord of which bears North 76°37' East, 290.36 feet), a distance of 290.83 feet; thence North 70°48' East, 427.00 feet to the point of beginning.

IT IS FURTHER ORDERED that John Wadsworth, Kory Talmage, and Richard Stancyzk shall be barred from accessing the real property referenced in this Order pending further order of the Court.

NOTHING IN THIS ORDER, HOWEVER, restrains Mr. Paul Peek, from continuing to perform regular maintenance in the ordinary course on the real property referenced in this Order.

This Order is entered pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. It shall expire on August 5, 2016, at 4:30 p.m., if not extended by further Order of the Court. Pursuant to Rule 65(c), the United States is not required to give security.

IT IS SO ORDERED.

DATED this 20th day of July, 2016, at 4:00 p.m.

_____
Michael H. Simon
United States District Judge

Order Extending TRO
Case No. 3:16-cv-1248-SI                    3